UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH and CORNELIUS WEEKLEY,<br><br>       Plaintiffs,<br><br>  vs.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20,<br><br>       Defendants.<br>_____<br>CITY OF OAKLAND,<br><br>       Plaintiff,<br><br>  vs.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD and DOES 1-20,<br><br>       Defendants. | RELATED CASES<br><br>No. C 06-7389 SBA<br>No. C 06-7390 SBA<br><br>**ORDER** |

      Plaintiffs Park Village Apartments Tenants Association, Tinkham, Kwong-Chueng, Foster, Lee, Nelson, Smith and Weekly filed a Motion for Preliminary Injunction and an Ex Parte Application to Shorten Time on December 11, 2006.

      Plaintiff City of Oakland filed a Motion for Remand on December 14, 2006.  Plaintiff City of Oakland filed an Ex Parte Application to Shorten Time on December 15, 2006.

      The Court held a telephonic conference on December 21, 2006 with all parties concerning

the Plaintiffs' pending Ex Parte Applications to Shorten Time.  All parties agreed to preserve the status quo pending hearing on both motions.  The Motions are scheduled for hearing on February 15, 2007. All parties further stipulated to memorialize this agreement in writing and submit it to the Court.

Therefore, the Court DENIES AS MOOT Plaintiffs' Ex Parte Applications to Shorten Time.

IT IS SO ORDERED.

Dated: 12/28/06

SAUNDRA BROWN ARMSTRONG
United States District Judge